IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL BENJAMIN JOHNSON,

      Plaintiff,                      No. CIV S-10-3102 EFB (TEMP) P

      vs.

LENNY BOYER,

      Defendant.              ORDER

_____/

      Plaintiff, a federal pretrial detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

      In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

////

////

1

1  failure to comply with this order will result in a recommendation that this action be dismissed
2  without prejudice.
3  DATED: January 12, 2011.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE