IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL BENJAMIN JOHNSON

    Plaintiff,                      CIV S-10-3102 CKD P

    vs.

LENNY BOYER

    Defendants.              <u>ORDER FOR PAYMENT</u>

_____/      <u>OF INMATE FILING FEE</u>

To: The Sheriff of Sacramento County, Attention: Inmate Trust Account, 651 I Street, Sacramento, California 95814:

        Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. The Sacramento County Sheriff is required to send to the Clerk of the Court payments from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

        Good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The Sacramento County Sheriff or a designee shall collect from plaintiff's inmate trust account monthly payments from plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and

1

1  forward payments to the Clerk of the Court each time the amount in the trust account exceeds
2  $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has
3  been paid in full.  The payments shall be clearly identified by the name and number assigned to
4  this action.

5        2. The Clerk of the Court is directed to serve a copy of this order and a copy of
6  plaintiff's signed in forma pauperis affidavit on the Sheriff of Sacramento County, Attention:
7  Inmate Trust Account, 651 I Street, Sacramento, California 95814.

8        3. The Clerk of the Court is directed to serve a copy of this order on the Financial
9  Department of the court.

10 Dated: April 12, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
john3102.sac

2