IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL BENJAMIN JOHNSON

      Plaintiff,                           No. 2: 10-cv-3102 CKD P

    vs.

LENNY BOYER,

      Defendant.                       ORDER

_____/

        Plaintiff, proceeding in forma pauperis and pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Petitioner consented to have a United States Magistrate Judge conduct all further proceedings in this case pursuant to 28 U.S.C. § 636(c)(1). On April 13, 2012, petitioner's motion to proceed in forma pauperis was granted. (See Dkt. No. 16.) The complaint was dismissed, but petitioner was given thirty days to file an amended complaint.

        On April 23, 2012, the April 13, 2012 order was returned as undeliverable as addressed. On June 12, 2012, petitioner filed a request for status on his in forma pauperis application. (See Dkt. No. 18.) Petitioner presumably filed this June 12, 2012 filing because he never received a copy of the April 13, 2012 order which had granted his in forma pauperis application. Petitioner did not indicate on this request for status the location of his new address.

\\\\\

1

1          Although it appears from the file that plaintiff's copy of the April 13, 2012 order
2  was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court
3  apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents
4  at the record address of the party is fully effective.
5          Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED
6  WITHOUT PREJUDICE for plaintiff's failure to file an amended complaint within thirty days of
7  the April 13, 2012 order as well as his failure to keep the court apprised of his current address.
8  See Local Rules 182(f) and 110.

Dated: July 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
john3102.fta.nca

2